**W & M PROPERTIES, INCORPORATED OF VIRGINIA, d/b/a Merrifield Village Apartment Company, Plaintiff—Appellee,**

v.

**Carolyn A. MILLIGAN; Johnny Milligan, Defendants—Appellants.**

No. 04–2327.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2005.

Decided: Jan. 19, 2005.

Carolyn A. Milligan, Johnny Milligan, Appellants pro se.

Andrew Greenleaf Lawrence, Fairfax, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny L. Milligan and Carolyn A. Milligan seek to appeal the district court's order granting plaintiff's motion and remanding this action to state court because the notice of removal was not timely filed and for lack of federal jurisdiction. The district court's remand order is not reviewable. See 28 U.S.C. § 1447(d) (2000). We therefore dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*